Date Signed:
June 29, 2015

SO ORDERED.

Robert J. Faris
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| In re: | ) | CASE NO. 14-01353 |
| | ) | (Chapter 7) |
| YOUNG HUI KIM, | ) | |
| | ) | Date: June 3, 2015 |
| Debtor. | ) | Time: 1:30 p.m. |
| | ) | Judge: Robert J. Faris |
| | ) | |
| | ) | Related to Docket No.: 85 |

**ORDER DENYING CREDITOR TSUNEMI CORPORATION'S AND PARTY IN INTEREST CLEO, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY AS TO DEBTOR'S INTEREST IN FRONTIER REALTY INVESTMENT, INC. AND FRONTIER REALTY INVESTMENT, LLC**

Tsunemi Corporation and Cleo, LLC's *Motion for Relief from Automatic Stay as to Debtor's Interest in Frontier Realty Investment, Inc. and Frontier Realty Investment, LLC,* was heard on June 3, 2015 at 1:30 p.m. (the "Hearing"), before the Honorable Robert J. Faris, United States Bankruptcy Judge for the United States Bankruptcy Court for the District of Hawaii (the "Court"), presiding. Keith

M. Kiuchi appeared on behalf of Tsunemi Corporation, Robert H. Nakata appeared on behalf of Cleo, LLC, Alika L. Piper appeared on behalf of Dane S. Field, the Chapter 7 Trustee of the bankruptcy estate of the Debtor, Jean D. Christensen appeared for the Debtor, and Warren H. Kim appeared on behalf of Alda Soo Yu.

The Court having reviewed the Motion and supporting pleadings, and having considered the evidence in the record for this matter, the arguments of counsel at the Hearing, the Court specifically finds that the Debtor's interest in the Lease from Alda Soo Yu to Frontier Realty Investment, Inc. and the Lease from Alda Soo Yu to Frontier Realty Investment, LLC, is the property of the bankruptcy estate, and for that and other reasons stated on the record:

IT IS HEREBY ORDERED that:

A. The Motion is hereby denied.

**END OF ORDER**



U.S. Bankruptcy Court - Hawaii #14-01353 Dkt # 95 Filed 06/29/15 Page 2 of 3

Approved as to form:

Robert H. Nakata
Attorney for Cleo, LLC

Alika L. Piper
Attorney for Chapter 7 Bankruptcy Trustee
Dane S. Field

Jean D. Christensen
Attorney for Debtor

Warren H. Kim
Attorney for Alda Soo Yu

Submitted by:
KEITH M. KIUCHI #2735
American Savings Bank Tower,
1001 Bishop Street, Suite 985
Honolulu, Hawaii 96813
TEL.: (808) 533-2230
FAX: (808) 533-4391
E-mail: kkiuchi106@cs.com

Attorney for Creditor Tsunemi Corporation